UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUSANNE LAVIGNE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No.: 3:06-cv-00366-DRH |
| ) | |
| CKE RESTAURANT GROUP, HARDEES ) | |
| FOOD SYSTEMS, and GLEN BEAUBIEN, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S REPLY TO DEFENDANTS' AFFIRMATIVE DEFENSES

### COUNT I

NOW COMES Plaintiff, Susanne Lavigne, by and through her attorney, Michael J. Brunton of Brunton Law Offices, P.C. and for her Reply to the Defendant's Affirmative Defenses in Count I states:

1.  Plaintiff states that she is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegation and therefore denies Defendant's First Affirmative Defense.

2.  Plaintiff denies the allegations contained in Defendant's Second Affirmative Defense.

3.  Plaintiff denies the allegations contained in Defendant's Third Affirmative Defense.

4.  Plaintiff denies the allegations contained in Defendant's Fourth Affirmative Defense.

5.  Plaintiff denies the allegations contained in Defendant's Fifth Affirmative Defense.

6.  Plaintiff denies the allegations contained in Defendant's Sixth Affirmative Defense.

7.  Plaintiff denies the allegations contained in Defendant's Seventh Affirmative Defense.

8.  Plaintiff denies the allegations contained in Defendant's Eighth Affirmative Defense.

WHEREFORE for the above stated reasons, Plaintiff, Susanne Lavigne, requests that this Court deny Defendant's Affirmative Defenses and award Plaintiff cost of suit.

## COUNT II

NOW COMES Plaintiff, Susanne Lavigne, by and through her attorney, Michael J. Brunton of Brunton Law Offices, P.C. and for her Reply to the Defendant's Affirmative Defenses in Count II states:

1.  Plaintiff denies the allegations contained in Defendant's First Affirmative Defense.

2.  Plaintiff denies the allegations contained in Defendant's Second Affirmative Defense.

3.  Plaintiff denies the allegations contained in Defendant's Third Affirmative Defense.

4.  Plaintiff denies the allegations contained in Defendant's Fourth Affirmative Defense.

5.  Plaintiff denies the allegations contained in Defendant's Fifth Affirmative Defense.

6.  Plaintiff denies the allegations contained in Defendant's Sixth Affirmative Defense.

7.  Plaintiff denies the allegations contained in Defendant's Seventh Affirmative Defense.

8.  Plaintiff denies the allegations contained in Defendant's Eighth Affirmative Defense.

WHEREFORE for the above stated reasons, Plaintiff, Susanne Lavigne, requests that this Court deny Defendants' Affirmative Defenses and award Plaintiff cost of suit.

## COUNT III

NOW COMES Plaintiff, Susanne Lavigne, by and through her attorney, Michael J. Brunton of Brunton Law Offices, P.C. and for her Reply to the Defendant's Affirmative Defenses in Count III states:

1.  Plaintiff states that she is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegation and therefore denies Defendant's First Affirmative Defense.

2.  Plaintiff denies the allegations contained in Defendant's Second Affirmative Defense.

3.  (This paragraph was also numbered as paragraph 2) Plaintiff denies the allegations contained in Defendant's Third Affirmative Defense.

4.  Plaintiff denies the allegations contained in Defendant's Fourth Affirmative Defense.

5.  Plaintiff denies the allegations contained in Defendant's Fifth Affirmative Defense.

6.  Plaintiff denies the allegations contained in Defendant's Sixth Affirmative Defense.

WHEREFORE for the above stated reasons, Plaintiff, Susanne Lavigne, requests that this Court deny Defendants' Affirmative Defenses and award Plaintiff cost of suit.

## COUNT IV

NOW COMES Plaintiff, Susanne Lavigne, by and through her attorney, Michael J. Brunton of Brunton Law Offices, P.C. and for her Reply to the Defendant's Affirmative Defenses in Count IV states:

1. Plaintiff denies the allegations contained in Defendant's First Affirmative Defense.

2. Plaintiff denies the allegations contained in Defendant's Second Affirmative Defense.

3. Plaintiff denies the allegations contained in Defendant's Third Affirmative Defense.

4. Plaintiff denies the allegations contained in Defendant's Fourth Affirmative Defense.

5. Plaintiff denies the allegations contained in Defendant's Fifth Affirmative Defense.

WHEREFORE for the above stated reasons, Plaintiff, Susanne Lavigne, requests that this Court deny Defendants' Affirmative Defenses and award Plaintiff cost of suit.

## COUNT V

NOW COMES Plaintiff, Susanne Lavigne, by and through her attorney, Michael J. Brunton of Brunton Law Offices, P.C. and for her Reply to the Defendant's Affirmative Defenses in Count IV states:

1. Plaintiff denies the allegations contained in Defendant's First Affirmative Defense.

2.  Plaintiff denies the allegations contained in Defendant's Second Affirmative Defense.

3.  Plaintiff denies the allegations contained in Defendant's Third Affirmative Defense.

4.  Plaintiff denies the allegations contained in Defendant's Fourth Affirmative Defense.

WHEREFORE for the above stated reasons, Plaintiff, Susanne Lavigne, requests that this Court deny Defendants' Affirmative Defenses and award Plaintiff cost of suit.

BRUNTON LAW OFFICES, P.C.

*/s/ Michael Brunton*

Michael J. Brunton, #06206663
100 E. Clay Street, Suite 200
Home Federal Building
Collinsville, Illinois 62234
Phone: 618-343-0750
Facsimile: 618-343-0227
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing document was served upon:

Ms. Susan Nell Rowe
Mr. Henry F. Luepke
The Stolar Partnership, LLP
911 Washington Ave., 7th Floor
St. Louis, MO 63101
(314) 231-2800 (Phone)
(314) 436-8400 (Fax)
ATTORNEYS FOR DEFENDANT

By causing same to be placed in a sealed envelope, clearly addressed as aforesaid, and with proper postage fully prepaid, and by depositing same in the United States Mail at Collinsville, Illinois on the 17th day of July, 2006 on or before 5:00 p.m.

*/s/ Michael Brunton*