UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUSANNE LAVIGNE,<br><br>    Plaintiff,<br><br>vs.<br><br>CKE RESTAURANT GROUP,<br>HARDEES FOOD SYSTEMS, INC. and<br>GLEN BEAUBIEN,<br><br>    Defendants. | Case No.: 06-366-DRH |

## MEMORANDUM OF DISMISSAL WITH PREJUDICE

All matters and controversies having been fully compromised and settled, Plaintiff Susanne Lavigne, dismisses, with prejudice, her Complaint and all claims asserted in the Complaint against and hereby stipulate that this action be dismissed with prejudice at Plaintiff's costs. Both parties to bear their own costs.

| | |
|---|---|
| BRUNTON LAW OFFICES, P.C. | THE STOLAR PARTNERSHIP LLP |
| By: _/s/ Michael Brunton_<br>MICHAEL J. BRUNTON<br>100 E. Clay Street, Ste. Suite 200<br>Home Federal Building<br>Collinsville, Illinois 62234<br>Tel: (618) 343-0750<br>Fax: (618) 343-0227<br><br>Attorneys for Susanne Lavigne | By _/s/ Susan Nell Rowe_<br>SUSAN NELL ROWE<br>911 Washington Avenue, 7th Floor<br>St. Louis, MO 63101<br>Tel: (314) 231-2800<br>Fax: (314) 436-8400<br><br>Attorneys for Defendants<br>Hardee's Food Systems, Inc., CKE<br>Restaurants, Inc. and Glen Beaubien |