# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SUSANNE LAVIGNE,**

    **Plaintiff,**

    vs.                                               Cause No. 06-CV-366 DRH

**CKE RESTAURANT GROUP,**
**HARDEES FOOD SYSTEMS, INC. and**
**GLEN BEAUBIEN,**

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Memorandum of Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**.------

                                                      **NORBERT G. JAWORSKI, CLERK**

December 6, 2006                             By:   s/Patricia Brown
                                                                Deputy Clerk

APPROVED: /s/     David   RHerndon
                    **U.S. DISTRICT JUDGE**